NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**WILLIAM BOWSER,**

*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY, FORT A.P. HILL,**

*Respondent*

---

2023-2004

---

Petition for review of an arbitrator's decision in No. 220830-08827 by Elliot H. Shaller.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    BOWSER V. DEPARTMENT OF THE ARMY, FORT A.P. HILL

(2)  Each side shall bear their own costs.

FOR THE COURT

November 1, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** November 1, 2024